**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 28, 2006

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201-1818

      RE:  <u>C06-1293 SI// Michael J. Watkins -v- ELI LILLY & CO.</u>
            <u>MDL 1596 – In re Zyprexa Products Liability Litigation</u>

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☐ Certified copy of docket entries.
- ☐ Certified copy of Transferral Order.
- ☐ Original case file documents.
- ☒ Please access the electronic case file for all the pleadings you may need.

           Sincerely,
           RICHARD W. WIEKING, Clerk

           /s/

           by: Yumiko Saito
           Case Systems Administrator

Enclosures
Copies to counsel of record